**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ANATOLI STATI et al.**,<br><br>      **Plaintiffs,**<br><br>      v.<br><br>**REPUBLIC OF KAZAKHSTAN,**<br><br>      **Defendant.** | **Civ. No. _____** |

**NOTICE OF REMOVAL**

# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------------x
                                    :

ANATOLIE STATI et al.,                        :        Index No. 653297/2017

                   Plaintiffs,                :

      -against-                        :        **NOTICE OF FILING**
                                    :        **NOTICE OF REMOVAL**

REPUBLIC OF KAZAKHSTAN,         :

                   Defendant.              :
------------------------------------------------------------------------x

## NOTICE OF FILING NOTICE OF REMOVAL TO STATE COURT CLERK AND TO ADVERSE PARTIES

PLEASE TAKE NOTICE THAT, on July 28, 2017, Defendant, the Republic of Kazakhstan, filed a Notice of Removal, a copy of which is attached hereto, removing the above-captioned matter from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York.

PLEASE TAKE FURTHER NOTICE THAT Defendant, in addition to filing such Notice of Removal in the office of the Clerk of the United States District Court for the Southern District of New York, also caused a copy thereof to be filed with the Clerk of the Supreme Court, County of New York, to effect removal pursuant to 28 U.S.C. § 1446(d). The filing of the notice of removal invokes an automatic stay of all proceedings pursuant to 28 U.S.C. § 1446(d).

Dated: New York, New York
July 28, 2017

NORTON ROSE FULBRIGHT US LLP
Attorneys for Defendant

By: _/s/ Felice B. Galant_
Felice B. Galant
N.Y. Bar No. 2502706
NORTON ROSE FULBRIGHT US LLP
1301 6th Avenue
New York, New York  10019-6022
Telephone:  (212) 318-3000
Facsimile:  (212) 318-2400
felice.galant@nortonrosefulbright.com

- 2 -