# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

James E. Berger
Partner
Direct Dial: +1 212 556 2202
Direct Fax: +1 212 556 2222
jberger@kslaw.com

October 24, 2017

**Via ECF**

Hon. Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Stati et al v. Rep. of Kazakhstan*, 1:17-cv-05742-RA

Dear Judge Abrams:

Petitioners write for the purpose of providing an update concerning an order issued today by the Supreme Court of Sweden ("Swedish Court") in connection with the proceedings ongoing between the parties in that country.

The Court may recall that Defendant has moved, as an alternative to dismissal, for an order staying these proceedings. The principal ground relied upon by Defendant in support of its request for a stay is that the Supreme Court of Sweden has before it a motion brought by Defendant for extraordinary review of the judgment sought to be enforced herein. *See, e.g.*, Def. Rep. Mem., at 8 (ECF 25).

By order issued earlier today, however, the Swedish Supreme Court rejected Respondent's motion for extraordinary review. True and correct copies of the Swedish Supreme Court's order and an English translation of the same are attached hereto for your reference. This ruling concludes the proceedings before the Swedish Supreme Court and renders the judgment of the Svea Court of Appeal, which rejected Defendant's request to set aside the arbitral award at issue, final and unreviewable.

We remain available at the Court's convenience should you wish to hear further from us or the parties.

Respectfully submitted,

James E. Berger

cc: All Counsel of Record (via ECF)