| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: |

ANATOLIE STATI, et al.,

        Plaintiffs,

v.

REPUBLIC OF KAZAKHSTAN,

        Defendant.

No. 17-CV-5742 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    A conference shall be held on August 10, 2018 at 1:30 p.m. to address Defendant's pending motion to dismiss.

SO ORDERED.

Dated:    July 17, 2018
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge