USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: SEP 05 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANATOLIE STATI, et al.,

                Plaintiffs,

v.

REPUBLIC OF KAZAKHSTAN,

                Defendant.

No. 17-CV-5742 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

In light of the appeal pending in the District of Columbia involving these parties, the Court hereby orders that this matter be stayed. The D.C. action concerns confirmation, pursuant to the Federal Arbitration Act, of the same arbitral award that is the focus of Plaintiffs' suit before this Court to recognize foreign judgments under New York law. At oral argument, the parties confirmed that should Defendant's appeal be denied, the first claim asserted in this action would be, for practical purposes, moot. Therefore, in the interest of preserving judicial resources, this matter shall be stayed pending resolution of the appeal pending in the District of Columbia. *See Sussman v. I.C. Sys., Inc.*, No. 12-CV-0181 (ER), 2013 WL 5863664, at *4 n.4 (S.D.N.Y. Oct. 30, 2013). The parties shall notify the Court when a decision is issued.

SO ORDERED.

Dated:    September 5, 2018
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge