# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

James E. Berger
Partner
Direct Dial: +1 212 556 2202
Direct Fax: +1 212 556 2222
jberger@kslaw.com

November 12, 2019

**Via ECF**

Hon. Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Anatolie Stati, Gabriel Stati, Ascom Group, S.A. and Terra Raf Trans Traiding Ltd. v. Kazakhstan*, 1:17-cv-05742 (RA)

Dear Judge Abrams:

      Plaintiffs write in response to the Court's October 31, 2019 order (ECF 35), which directed the parties to file a joint status report explaining the impact of the April 2019 order and mandate of the U.S. Court of Appeals for the District of Columbia Circuit, which affirmed the judgment entered by the U.S. District Court for the District of Columbia (D.D.C.). As the Court may recall, the D.D.C.'s judgment recognized the Swedish arbitration award rendered in Plaintiffs' favor and entered a money judgment thereon for the full amount of the award. Plaintiffs note in addition that the U.S. Supreme Court denied Defendant's petition for *certiorari* on October 15, 2019.

      In view of the D.C. Circuit's affirmance of the judgment and the Supreme Court's denial of *certiorari*, Plaintiffs do not think it necessary to proceed with this action at this time. Accordingly, Plaintiffs are filing, concurrently herewith, a notice of voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1). We trust that this filing and the resulting dismissal of this action without prejudice will eliminate the need for a joint status report. Should the Court disagree, we will work with Defendants' counsel to prepare and provide one.

Hon. Ronnie Abrams
November 12, 2019
Page 2

                                         Respectfully submitted,

                                         James E. Berger