UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANATOLIE STATI, GABRIEL STATI, ASCOM GROUP, S.A. and TERRA RAF TRANS TRAIDING LTD., <br><br>                Plaintiffs,<br>-against-<br><br>REPUBLIC OF KAZAKHSTAN,<br><br>                Defendant. | Civil Action No. 1:17-cv-05742-RA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs Anatolie Stati, Gabriel Stati, Ascom Group, S.A. and Terra Raf Trans Traiding Ltd hereby voluntarily dismiss this action under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant Republic of Kazakhstan has not served an answer or a motion for summary judgment. This dismissal is without prejudice.

Dated: November 12, 2019
       New York, New York

                                      **KING & SPALDING LLP**

                                      By: */s/ James E. Berger*
                                               James E. Berger
                                             Charlene C. Sun
                                             1185 Avenue of the Americas
                                             New York, NY 10036
                                             Telephone: (212) 556-2100
                                             Facsimile: (212) 556-2222
                                             Email: jberger@kslaw.com
                                             Email: csun@kslaw.com

                                             *Counsel for Plaintiffs*